UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAKSHYA RANA,

                        Petitioner,

     v.

PAM BONDI, in her official capacity as
Attorney General, et al.,

                  Respondents.

CASE NO. 2:26-cv-00244-TL

ORDER ON MOTION FOR
TEMPORARY RESTRAINING
ORDER AND MOTION FOR
PRELIMINARY INJUNCTION

     This matter is before the Court on Petitioner Lakshya Rana's Motion for Temporary Restraining Order and Motion for Preliminary Injunction ("TRO motion"). Dkt. No. 2. Having reviewed Petitioner's motion, and noting that Respondents did not file a response, the Court DENIES Petitioner's motion.

     Petitioner's motion is largely mooted by this District's General Order 10-25 ("General Order")[1] and the Scheduling Order issued in this case, *see* Dkt. No. 4, which overlap with the

---

[1] Available at https://www.wawd.uscourts.gov/sites/wawd/files/General%20Order%2010-25%20re%20Immigration%20Habeas.1.pdf.

relief sought in the TRO motion. Additionally, the motion does not establish that transfer or removal is imminently likely in the absence of preliminary relief. In any event, the Scheduling Order does not allow for the removal or transfer of Petitioner from this District without at least 48 hours' notice (or 72 hours' notice if the period extends into a weekend, holiday, or date the Court is closed). Dkt. No. 4 at 3. Moreover, because Petitioner's request for release from detention "is the same relief ultimately sought by his habeas petition, the Court concludes that it falls outside the limited purpose of a TRO and should instead be decided either after a preliminary injunction hearing or through regular adjudication of the habeas petition itself." *Nguyen v. Scott*, No. C25-1398, 2025 WL 2165995, at *7 (W.D. Wash. July 30, 2025); *see also Tang v. Bondi*, No. C25-1473, 2025 WL 2979938, at *2 (W.D. Wash. Sept. 3, 2025). However, the General Order sets forth a case schedule that is faster (19 days) than that normally set for a preliminary injunction under the local rules (28 days). *Compare* General Order ¶ 4 *with* LCR 7(d)(4).

Accordingly, the Court DENIES Petitioner's Motion for Temporary Restraining Order and Motion for Preliminary Injunction. Dkt. No. 2.

Dated this 3rd day of February, 2026.

Tana Lin
United States District Judge